1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  **BOARD OF TRUSTEES OF THE SHEET**          )      NO. C 07 3204 PJH
    **METAL WORKERS et al.**                     )
12                                               )
                                                 )      **MOTION  FOR  ENTRY  OF**
13                          **Plaintiffs,**       )      **DEFAULT**
              **vs.**                             )
14                                               )
                                                 )
15  **MTB INC., a California corporation**        )
                                                 )
16                          **Defendant.**        )
                                                 )
17  _____)

18          To the Clerk of the United States District Court for the Northern District of California:

19          You will please enter the default of defendant, MTB INC., a California corporation,  for

20  failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from

21  the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

22  Dated: September 20, 2007                    ERSKINE & TULLEY

23                                       By:/s/ Michael J. Carroll_____
                                            MICHAEL J. CARROLL
24                                          Attorney for Plaintiffs

25

26

27

28

**MOTION FOR ENTRY OF DEFAULT**                           **1**