ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS et al.** ) ) ) Plaintiffs, ) ) vs. ) ) **MTB INC., a California corporation** ) ) Defendant. ) | NO. C 07 3204 PJH **PROPOSED NOTICE OF ENTRY OF DEFAULT** |

      IT IS HEREBY NOTICED that the default of defendant, MTB INC., a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk

                                      By: _____
                                             Deputy Clerk