```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br>            Plaintiffs,<br>vs.<br>MTB INC., a California corporation<br>            Defendant. | NO.  C 07 3204 PJH<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, ANTHONY ASHER, TRUSTEE, hereby apply <u>ex parte</u> for an order to continue the Case Management Conference from September 27, 20076 to November 29, 2007.

      This <u>ex parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

      Dated:   September 20, 2007

                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:<u>/s/ Michael J. Carroll</u><br>
                                  Michael J. Carroll<br>
                                  Attorneys for Plaintiffs