1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10
   BOARD OF TRUSTEES OF THE SHEET    )    NO. C 07 3204 PJH
11 METAL WORKERS, et al.             )
                                     )
12                     Plaintiff,    )
                                     )    ORDER TO CONTINUE CASE
13          vs.                      )    MANAGEMENT CONFERENCE
                                     )
14 MTB INC., a California corporation )
                                     )
15                     Defendant.    )
   _____)
16

17          IT IS ORDERED that the Case Management Conference in this

18 case originally set for September 27, 2007 be continued to November

19 29, 2007 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate

20 Avenue, San Francisco, CA.

21 Dated:_____     _____
                                    Honorable Phyllis J. Hamilton
22

23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1