```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10
    BOARD OF TRUSTEES OF THE SHEET   )   NO. C 07 3204 PJH
11  METAL WORKERS, et al.            )
                                     )
12              Plaintiff,           )
                                     )   ORDER TO CONTINUE CASE
13         vs.                       )   MANAGEMENT CONFERENCE
                                     )
14  MTB INC., a California corporation )
                                     )
15              Defendant.           )
    _____)
16

17         IT IS ORDERED that the Case Management Conference in this

18  case originally set for September 27, 2007 be continued to November

19  29, 2007 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate

20  Avenue, San Francisco, CA.

21  Dated: 9/27/07  9/24/07              _____
                                         Honorable Phyllis J. Hamilton
```

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                1