**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 26, 2007

RE:  <u>CV 07-03204 PJH</u>     <u>BOARD OF TRUSTEES OF SHEET METAL-v- MTB INC.</u>

Default is entered as to Defendant MTB Inc., a California corporation on September 26, 2007.

                    RICHARD W. WIEKING, Clerk

                    by <u>Felicia Reloba</u>
                    Case Systems Administrator

NDC TR-4  Rev. 3/89