LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

November 27, 2007

Honorable Phyllis J. Hamilton
United States District Court
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Board of Trustees of the Sheet Metal Workers, et al.
vs. MTB Inc., etc.
United States District Court, Action No. C 07 3204 PJH

Dear Judge Hamilton,

Confirming my conversation yesterday with your clerk, we had made substantial progress in this ERISA collection case however it now appears that a default judgment motion will have to be filed to collect an outstanding balance of at least $10,000.00.

I request 45 days to get the motion on file, and therefore seek a continuance of the November 29, 2007 Case Management Conference.

Yours very truly,

Michael J. Carroll

MJC/se

FINAL CONTINUANCE. DEFAULT MOTION SHALL BE FILED WITHIN 60 DAYS OR CASE MANAGEMENT CONFERENCE WILL TAKE PLACE ON 2/7/08 AT 2:30 P.M.

11/27/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton