```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>MTB INC., etc., <br><br>　　　　Defendant. | NO.  C 07 3204 PJH <br><br>NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES; POINTS AND AUTHORITIES IN SUPPORT THEREOF <br>　[F.R.C.P. 55(b)(2)] <br><br>DATE: March 5, 2008 <br>TIME: 9:00 a.m. |

TO DEFENDANT:

PLEASE TAKE NOTICE that on Wednesday, March 5, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, before the Honorable Phyllis J. Hamilton, Judge of the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 3, 17th Floor, San Francisco, CA, plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, will and do move this court, pursuant

to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to enter a default judgment and award plaintiff unpaid contributions, liquidated damages, interest, court costs, and attorneys fees.

This motion is made on the grounds that defendant has failed to appear herein after valid service, the default of defendant was entered by the Court on September 26, 2007, and there are no triable issues of fact or disputes at law.  Defendant has a contractual obligation to pay contributions to the SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, and has failed to do so in a timely manner.  This motion is based upon this Notice, Memorandum of Points and Authorities in Support Thereof, the Declarations of Carl Sanchez, Bonnie Maraia, and Michael J. Carroll in Support of Motion for Default Judgment filed herewith, and such further oral or documentary evidence as may be presented at the hearing of this motion.

DATED:   January 22, 2008     ERSKINE & TULLEY

By:   /s/ Michael J. Carroll
      Michael J. Carroll
      Attorneys for Plaintiffs

## MEMORANDUM OF POINTS AND AUTHORITIES
### I.
### INTRODUCTION

In this ERISA collection action plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, seek to recover employee benefit

1  contributions, liquidated damages and interest for the months of
2  December 2005, May 2006, April 2007 and June 2007 on Employer
3  Account Numbers 358200 and 358201/666.  The total amount due is
4  $17,125.33.
5        Defendant, MTB INC., a California corporation, is an
6  employer which is currently delinquent in its health & welfare,
7  pension and other fringe benefit contribution obligations.
8        Under the terms of the Trust Agreements a contribution is
9  due not later than the 20th day of the following month, Exhibit 2,
10 Item III, Section B, page 8, and is delinquent if not received by
11 that date.
12       The complete list of delinquent months and amounts is set
13 forth in Exhibit 3 to the Maraia Declaration.  The amounts due have
14 been computed based on information given to the Trust Funds by
15 defendant.  Obviously the amount may change by the date of the
16 hearing if defendant either makes payments or falls further behind.
17 Plaintiffs will update this information by a supplemental
18 declaration if a change in the amount due occurs.
19       Under the terms of the Trust Agreement of the Sheet Metal
20 Workers Pension Trust of Northern California to which defendant is
21 specifically bound by its contract, failure to make timely payment
22 results in the following consequences:
23        A.  Liquidated damages in an amount equal to
            20% of the amount of contributions due, Exhibit
24          2, Item III, Section C, page 9, and the amended
            procedures attached to Exhibit 2.
25         B.  Interest at rates determined by formula,
            Exhibit 2, Item III, Section C, page 9.
26         C.  Attorneys fees, Exhibit 2, Item III,
            Section E, page 12.
27
28 The other trust agreements contain the same language.

## II.
## FACTUAL BACKGROUND

Defendant has entered into a collective bargaining agreement with Sheet Metal Workers Local Union No. 104 which requires that health & welfare, pension and other fringe benefit contributions be paid on behalf of covered employees to the Sheet Metal Workers of Northern California Trust Funds. Exhibit 1 to the Sanchez Declaration. This contract binds defendant to the terms and conditions of each of the Agreements and Declarations of Trust of each Trust Fund of plaintiff. See Exhibit 2 to the Maraia Declaration, the Agreement and Declaration of Trust of the Sheet Metal Workers Pension Trust of Northern California.

## III.
## SEPARATE STATEMENT OF UNDISPUTED FACTS

Every essential allegation of the complaint is proved by the affidavits submitted herewith:

| COMPLAINT PARAGRAPH | COMPLAINT ALLEGATION | PROOF OF ALLEGATION |
|---|---|---|
| 1 | Jurisdiction | Carroll Decl. 29 U.S.C. § 1132, 1145; 29 U.S.C. § 185(a) |
| 2 | Status of Plaintiffs | Carroll Decl. |
| 5 | Defendant bound by contract to pay contributions | Sanchez Decl., Exhibit 1 |
| 6,7,8,10 | Defendant has failed to pay contributions in a timely manner | Maraia Decl., Exhibit 3 |
| 9 | Demand has been made | Carroll Decl. |
| 12 | Contract documents provide for attorneys fees | Exhibit 2 |

////

////

////

## IV.
## ARGUMENT

A. PLAINTIFFS ARE ENTITLED TO RECOVER LIQUIDATED DAMAGES, INTEREST AND ATTORNEYS FEES AS A MATTER OF LAW

An award of liquidated damages, interest and attorneys' fees is mandatory under 29 U.S.C. § 1132(g).

## CONCLUSION

It is respectfully submitted that plaintiffs are entitled to default judgment according to proof.

DATED: January 22, 2008            ERSKINE & TULLEY

By:   /s/ Michael J. Carroll
      Michael J. Carroll
      Attorneys for Plaintiffs

PROOF OF SERVICE

I, DIANE ANDRADE, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

2. My business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.

3. On January 22, 2008 I caused a true copy of the attached documents NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT & ATTORNEYS' FEES; POINTS & AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF CARL SANCHEZ, BONNIE MARAIA, MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; ORDER AND DEFAULT JUDGMENT to be served on the following person(s) in the manner indicated below:

MTB Inc.
Attn: Gabriela Keane
620 Petaluma Blvd. N., Suite C-2
Petaluma, CA 94952

:     Served by deposit in the United States mail in a sealed envelope with the postage thereon fully prepaid.

Executed on January 22, 2008 at San Francisco, California.

                              /s/ Diane Andrade
                              DIANE ANDRADE