ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>    Plaintiffs,<br><br>         vs.<br><br>MTB, INC., etc.,<br><br>    Defendant. | NO. C 07 3204 PJH<br><br>DECLARATION OF CARL SANCHEZ IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, CARL SANCHEZ, declare:

1.   I am the Business Representative of Sheet Metal Workers Local Union No. #104 with offices 610 East Washington Street #C, Petaluma, CA 94952.  If called as a witness, I could competently testify to the following facts from my personal knowledge.  I am familiar with, and I am the custodian of the books and records of the Local as they relate to MTB, INC., a California corporation.

2.   Defendant is bound by the terms and conditions of the Standard Form of Union Agreement (SFUA Form A-3-89) collective bargaining agreement.  This agreement is attached hereto as Exhibit

1. Defendant has acknowledged the fact that they are bound by this agreement by adhering to its terms and conditions, including the payment of trust fund contributions to plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2008 at Petaluma, California.


                                            /s/ Carl Sanchez
                                            CARL SANCHEZ