```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MTB, INC., etc.,<br><br>          Defendant. | NO.  C 07 3204 PJH<br><br>DECLARATION OF BONNIE MARAIA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, Bonnie Maraia, declare:

1. I am employed as a manager by BENESYS, 2610 Crow Canyon Road, San Ramon, CA 94583, administrators of the SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN.  In that capacity I am custodian of and am familiar with the books and records of the Trust Funds as they relate to the defendant in this case.  If called as witness, I could testify to all of the following facts from my personal knowledge.

2. Attached to the Carl Sanchez Declaration and marked

**DECLARATION OF BONNIE MARAIA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
1

1 Exhibit 1 is a true and correct copy of the collective bargaining agreement executed by the defendant in this case. Defendant has not denied the execution of this contract, in fact defendant has paid contributions to the Trust Funds as required by the agreement.

3. Exhibit 1 at Addendum Number 1 to Standard Form of Union Agreement, pages 9-10, requires that the contributions, in order to be received in a timely fashion, be paid to the trust fund by the 20th day of the month in which the contribution is due and in the event contributions are not received in a timely manner liquidated damages will be assessed in an amount equal of ten percent (10%) of the delinquent payment. Exhibit 1 at Addendum Number 1 to Standard Form of Union Agreement, Item 5. Payments to Funds & Bonding, page 10, incorporates by reference the trust agreements.

4. Attached hereto as Exhibit 2 is the Sheet Metal Workers Pension Trust of Northern California Agreement and Declaration of Trust and Amendments and procedures which provide for liquidated damages at the rate of 20%, attorneys fees and court costs in the event of suit. These provisions comply with 29 U.S.C. §1132(g). Each of the other plaintiff trust funds' Agreements and Declarations of Trust contain identical language.

5. Every month my office sends to the defendant a preprinted form listing all known covered employees of the defendant, and the fringe benefit contribution rates for each of the funds. The defendant then completes the reporting form by making corrections, deleting employees who left the company, and adding the names of hired employees. The defendant then fills out the mathematical portion of the report and totals up all sums due

1  for that month. This is the so-called "self reporting method."
2      6. Attached hereto and marked Exhibit 3 are
3  computations of the contributions, liquidated damages, and
4  interest owed by the defendant.
5      7. All liquidated damages have been computed using the
6  20% formula as called for in the Trust Agreement, the 1983
7  collection procedures as amended effective January 1, 1996 by
8  Appendix D.
9      8. Attached hereto as Exhibit 4 (filed as parts A, B
10 and C but collectively known as Exhibit 4) are true and correct
11 copies of the reporting forms voluntarily completed and submitted
12 to plaintiffs' administrative office by the defendant for the
13 months of December 2005, May 2006, April and June 2007. The
14 amounts of these reports match the contribution column of Exhibit
15 3.
16     9. In addition, interest has been computed on the
17 unpaid contributions at the rate of 15% from the due date of the
18 20th of the month following the month the work was done to the
19 hearing date on this motion, March 5, 2008. (For example
20 contributions for May 2006 on Employer No. 358201/666 were due on
21 June 20, 2006. Between June 20, 2006 and March 5, 2008 is 624
22 days. Interest on the contribution amount of $3,714.00 at the rate
23 of 15% is a daily amount of $1.53, which multiplied by 624 days
24 equals the figure of $954.72.)
25 ////
26 ////
27 ////
28 ////

**DECLARATION OF BONNIE MARAIA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
**3**

1  ////

2  ////

3  ////

4  ////

5  ////

6

7     10.  The following summary of all sums due and owing can
8  be made:

9     <u>Principal</u>

10        Contributions              $9,768.62

11        Liquidated damages         $5,076.01

12        Interest                   $2,280.70

13     <u>Costs of Suit</u>              $  430.00

14     <u>Attorneys Fees</u>             TO BE DETERMINED BY COURT

15

16

17     I declare under penalty of perjury that the foregoing is
18  true and correct.

19     Executed on January 15, 2008 at San Ramon, California.

20

21                      /s/ Bonnie Maraia
                        BONNIE MARAIA
22

**DECLARATION OF BONNIE MARAIA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

**4**