DATE PREPARED: 1/15/08 da

SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS

EMPLOYER NAME:    MTB INC.
EMPLOYER NUMBER:  358200    CBA

## LIABILITY DETAIL SHEET

| MONTH | CONTRIB. DUE | CONTRIB. DUE DATE | DATE PD, IF PAID | CONTRIBS STILL DUE | LIQUID. DAMAGES DUE | 15% INTEREST TO 3/5/08 |
|---|---|---|---|---|---|---|
| 5/06 | $7,082.56 | 6/20/06 | pd $1,685.00 11/14/06; pd $4,159.14 1/10/07 (THESE 2 PAYMENTS MADE BEFORE SUIT WAS FILED); Bal pd $1,238.42 8/6/07 | | $247.69 (LD's on $1,238.42 Contrib. Amount only) | |
| 4/07 | $2,119.60 | 5/20/07 | 8/6/07 | | $423.80 | |
| 5/07 | $6,519.00 | 6/20/07 | On Time 6/20/07 | | -- | |
| 6/07 | $6,840.00 | 7/20/07 | 9/17/07 | | $1,909.40 | |

EMPLOYER NAME:    MTB INC.
EMPLOYER NUMBER:  358201/666  OM

## LIABILITY DETAIL SHEET

| MONTH | CONTRIB. DUE | CONTRIB. DUE DATE | DATE PD, IF PAID | CONTRIBS STILL DUE | LIQUID. DAMAGES DUE | 15% INTEREST to 3/5/08 |
|---|---|---|---|---|---|---|
| 12/05 | $3,347.62 | 1/20/06 | | $3,347.62 | $669.52 | $1,069.50 |
| 5/06 | $3,714.00 | 6/20/06 | | $3,714.00 | $742.80 | $954.72 |
| 4/07 | $2,707.00 | 5/20/07 | 8/6/07 | | $541.40 | |
| 5/07 | $2,707.00 | 6/20/07 | On Time 6/20/07 | | -- | |
| 6/07 | $2,707.00 | 7/20/07 | | $2,707.00 | $541.40 | $256.48 |
| | | | GRAND TOTALS BOTH ACCOUNTS: | $9,768.62 | $5076.01 | $2,280.70 |