# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200    Phone: 707/794-7943    0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 384
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: _/_/_
Deposit Date: _/_/_
Check Number: _____
Check Amount: _____
Entered By: *Paid*

**CONTRACT**
Area: 0666 NORTH BAY     Agreement: 75 UTILITY WORKER
Asso.: 81 SMACNA         Job Class: 450 UTILITY WORKER

**RATE CODE 384**

| | Rate |
|---|---|
| **Total Hours Worked Rate** | |
| Health | .00 |
| SHC | .00 |
| Nor Cal Pension | .45 |
| National Pension | .00 |
| Dues Check Off | .10 |
| Appr Train | .16 |
| SMOHIT | .00 |
| Industry Prom | .45 |
| Supp Pen 1 | .00 |
| Supp Pen 2 | .00 |
| Vacation | 1.25 |
| **Total** | **2.41** (1) |
| **Overtime Hours Rate** | |
| Supp Pen 2 | .000 |
| Vacation | .625 |
| **Total** | **.625** (2) |
| **Double Time Hours Rate** | |
| Supp Pen 2 | .00 |
| Vacation | 1.25 |
| **Total** | **1.25** (3) |
| **Minimum Health Care Hours Rate** | |
| Health | 6.54 |
| **Total** | **6.54** (4) |

**EMPLOYEE HOURS REPORTED**
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MAKOHON, JOSEPH | | | | | |
| 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 | WARNER, DONALD | 120.5 | | | 120.5 | 130 |

*Spoke w/ Mr Caual at Frsher + Jully explained Report was received with no check - envelope stamped "corespondance" RN*

Note regarding amounts paid for 5/06:

$1685.00 pd 11/14/06  } Paid before suit filed
$4159.14 pd 1/10/07   }

$1238.42 paid 8/6/07

**EMPLOYER CERTIFICATION**
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: *[signature]*    Date: 6/10/06    Title: *Acctng*

☐ Check here if No Hours to report for Rate Code 384.
Please retain a copy of the form(s) for your records.

| | N/A | .625 (2) | 1.25 (3) | 2.41 (1) | 6.54 (4) |
|---|---|---|---|---|---|
| TOTAL HOURS: MULTIPLY TOTAL HOURS BY RATE: | | | | | |
| AMOUNT DUE: | | | | 290.40 | 850.20 |

RATE CODE 384 TOTAL AMOUNT DUE: **1140.60**

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

ADJUSTMENT (Note Reason) _____

EMPLOYER 358200 TOTAL AMOUNT DUE: **1082.56**
(Check Amount)

Page 1 of 1          If you have any questions, please call (925) 208-9994.

$1,082.56

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200   Phone: 707/794-7943   0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 126
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY          Agreement: 10  BUILDING TRADES
Asso.: 81 SMACNA              Job Class: 300 JOURNEYPERSON, FOREPERSON 2

**RATE CODE 126**
Total Hours Worked Rate
Health          7.93
SHC             .44
Nor Cal Pension 4.97
National Pension 2.06
Dues Check Off  2.32
Appr Train      1.00
SMOHIT          .02
Industry Prom   .65
Supp Pen 1      1.35
Supp Pen 2      .00
Vacation        4.02
Total          24.76 (1)

Overtime Hours Rate
Supp Pen 2      .000
Vacation        2.010
Total           2.010 (2)

Double Time Hours Rate
Supp Pen 2      .00
Vacation        4.02
Total           4.02 (3)

**EMPLOYEE HOURS REPORTED**
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked Includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | DEANDREIS, FRANCIS | | | | |
| 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 | LUNDBERG, JOHN | | | | |
| 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 | WARNER, JUSTIN | 152 | | | 152 |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_[signature]_  6/10/06  Acct-Mgr.
Certifying Signature   Date   Title

☐ Check here if No Hours to report for Rate Code 126.
Please retain a copy of the form(s) for your records.

TOTAL HOURS:
MULTIPLY TOTAL HOURS BY RATE:  N/A   2.010 (2)   4.02 (3)   24.76 (1)
AMOUNT DUE: 3762.00

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

RATE CODE 126 TOTAL AMOUNT DUE: 3762.00

Page 1 of 1

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200    Phone: 707/794-7943    0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 118
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY        Agreement: 01    BUILDING TRADES - PRE-APPRENTICE
Asso.: 81  SMACNA           Job Class: 100   PRE-APPRENTICE

**RATE CODE 118**

Total Hours Worked Rate
| | |
|---|---|
| Health | .00 |
| SHC | .00 |
| Nor Cal Pension | .00 |
| National Pension | .00 |
| Dues Check Off | .15 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .00 |
| Supp Pen 2 | .00 |
| Vacation | .50 |
| **Total** | **2.30** (1) |

Overtime Hours Rate
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .250 |
| **Total** | **.250** (2) |

Double Time Hours Rate
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .50 |
| **Total** | **.50** (3) |

Minimum Health Care Hours Rate
| | |
|---|---|
| Health | 6.54 |
| **Total** | **6.54** (4) |

**EMPLOYEE HOURS REPORTED** — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | HOWARD, COREY | | | | | |
| 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 | MCGOLDRICK, PETER | 151 | | | 151 | 151 |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: _[signed]_   Date: 6/10/06   Title: Acct Mgr.

☐ Check here if No Hours to report for Rate Code 118.
Please retain a copy of the form(s) for your records.

| | | | | | |
|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | .250 (2) | .50 (3) | 2.30 (1) | 6.54 (4) |
| AMOUNT DUE: | | | | 347.30 | 987.54 |

**RATE CODE 118 TOTAL AMOUNT DUE:** 1334.84

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200   Phone: 707/794-7943   0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 196
Contribution Due: 06/10/2006
Delinquent If Received After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY     Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA          Job Class: 301 JOURNEYPERSON, FOREPERSON 3

**RATE CODE 196**

| Total Hours Worked Rate | |
|---|---|
| Health | 7.93 |
| SHC | .44 |
| Nor Cal Pension | 4.97 |
| National Pension | 2.06 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.35 |
| Supp Pen 2 | 1.65 |
| Vacation | 4.02 |
| **Total** | **26.41** (1) |

| Overtime Hours Rate | |
|---|---|
| Supp Pen 2 | .825 |
| Vacation | 2.010 |
| **Total** | **2.835** (2) |

| Double Time Hours Rate | |
|---|---|
| Supp Pen 2 | 1.65 |
| Vacation | 4.02 |
| **Total** | **5.67** (3) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | ALVAREZ, DANIEL | 32 | | | 32 |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: _[signed]_   Date: 6/10/06   Title: Acct. Mgr

☐ Check here if No Hours to report for Rate Code 196.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | |
|---|---|---|---|---|---|
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.835 (2) | 5.67 (3) | 26.41 (1) |
| | AMOUNT DUE: | | | | 845.12 |

**RATE CODE 196 TOTAL AMOUNT DUE: 845.12**

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1         If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200   Phone: 707/794-7943   0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 144
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 70   SERVICE TECHNICIAN
Asso.: 81 SMACNA   Job Class: 600   SERVICE TECHNICIAN 2

### RATE CODE 144

**Total Hours Worked Rate**
| Item | Rate |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 1.92 |
| National Pension | .63 |
| Dues Check Off | 1.03 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | 2.19 |
| Supp Pen 2 | .00 |
| Vacation | 4.89 |
| **Total** | **12.75** (1) |

**Overtime Hours Rate**
| Item | Rate |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.445 |
| **Total** | **2.445** (2) |

**Double Time Hours Rate**
| Item | Rate |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 4.89 |
| **Total** | **4.89** (3) |

**Minimum Health Care Hours Rate**
| Item | Rate |
|---|---|
| Health | 6.54 |
| **Total** | **6.54** (4) |

### EMPLOYEE HOURS REPORTED

All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WALKER, CHRISTOPHER | | | | | |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_[signature]_  6/10/06  Acct Mgr
Certifying Signature   Date   Title

[ ] Check here if No Hours to report for Rate Code 144.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | | |
|---|---|---|---|---|---|---|
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | 2.445 (2) | 4.89 (3) | 12.75 (1) | 6.54 (4) |
| AMOUNT DUE: | | | | | | |

**RATE CODE 144 TOTAL AMOUNT DUE:** _____

### REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS ATTN: CONTRIBUTION DEPT. PO BOX 45312 SAN FRANCISCO CA 94145-45312**

Page 1 of 1   If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200   Phone: 707/794-7943   0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 141
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY        Agreement: 70   SERVICE TECHNICIAN
Asso: 81   SMACNA            Job Class: 252  TRAINEE 2ND 6 MONTHS

### RATE CODE 141
**Total Hours Worked Rate**
- Health .00
- SHC .44
- Nor Cal Pension 1.64
- National Pension .63
- Dues Check Off .68
- Appr Train 1.00
- SMOHIT .00
- Industry Prom .65
- Supp Pen 1 .44
- Supp Pen 2 .00
- Vacation 2.93
- **Total 8.41** (1)

**Overtime Hours Rate**
- Supp Pen 2 .000
- Vacation 1.465
- **Total 1.465** (2)

**Double Time Hours Rate**
- Supp Pen 2 .00
- Vacation 2.93
- **Total 2.93** (3)

**Minimum Health Care Hours Rate**
- Health 6.54
- **Total 6.54** (4)

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, NICK | | | | | |

TOTAL HOURS:
MULTIPLY TOTAL HOURS BY RATE: N/A | 1.465 (2) | 2.93 (3) | 8.41 (1) | 6.54 (4)
AMOUNT DUE:

RATE CODE 141 TOTAL AMOUNT DUE: _____

**EMPLOYER CERTIFICATION**
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature [signed]   Date 6/10/06   Title Fed. Mgr.
☑ Check here if No Hours to report for Rate Code 141.
Please retain a copy of the form(s) for your records.

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1        If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/794-7943  0666
Name: M T B INCORPORATED
Addr: P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 227
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY    Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA    Job Class: 302 JOURNEYPERSON, FOREPERSON 4

**RATE CODE 227**
Total Hours Worked Rate
| | |
|---|---|
| Health | 7.93 |
| SHC | .44 |
| Nor Cal Pension | 4.97 |
| National Pension | 2.06 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.35 |
| Supp Pen 2 | 3.65 |
| Vacation | 4.02 |
| **Total** | **28.41** (1) |

Overtime Hours Rate
| | |
|---|---|
| Supp Pen 2 | 1.825 |
| Vacation | 2.010 |
| **Total** | **3.835** (2) |

Double Time Hours Rate
| | |
|---|---|
| Supp Pen 2 | 3.65 |
| Vacation | 4.02 |
| **Total** | **7.67** (3) |

**EMPLOYEE HOURS REPORTED**

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | STOCKER, ROBERT | | | | |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 6/10/06 Title Asst Mgr

☐ Check here if No Hours to report for Rate Code 227.
Please retain a copy of the form(s) for your records.

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS: | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 3.835 (2) | 7.67 (3) | 28.41 (1) |
| AMOUNT DUE: | | | | |

RATE CODE 227 TOTAL AMOUNT DUE: _____

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1        If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 298
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY         Agreement: 20  A/C SPECIALIST
Asso.: 81 SMACNA              Job Class: 201 2ND 6 MONTHS

### RATE CODE 298

**Total Hours Worked Rate**
| Item | Rate |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | .31 |
| National Pension | .39 |
| Dues Check Off | .76 |
| Appr Train | .98 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .22 |
| Supp Pen 2 | .00 |
| Vacation | .90 |
| **Total** | **4.65** (1) |

**Overtime Hours Rate**
| Item | Rate |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .450 |
| **Total** | **.450** (2) |

**Double Time Hours Rate**
| Item | Rate |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .90 |
| **Total** | **.90** (3) |

**Minimum Health Care Hours Rate**
| Item | Rate |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WARNER, DONALD | 71 | | | 71 | 130 |
| **TOTAL HOURS:** | | 71 | | | 71 | 130 |
| **MULTIPLY TOTAL HOURS BY RATE:** | | N/A | .450 (2) | .90 (3) | 4.65 (1) | 7.04 (4) |
| **AMOUNT DUE:** | | | | | 330.— | 915.— |

### EMPLOYER CERTIFICATION
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_[signature]_  6/10/07  Acct.Mgr.
Certifying Signature  Date  Title

☐ Check here if No Hours to report for Rate Code 298.
Please retain a copy of the form(s) for your records.

**RATE CODE 298 TOTAL AMOUNT DUE:** 1245.00
**ADJUSTMENT** (Note Reason): Rate Code 176 — 874.00
**EMPLOYER 358200 TOTAL AMOUNT DUE:** (Check Amount) 2119.00

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1     If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200   Phone: 707/766-9790   0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 126
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY      Agreement: 10  BUILDING TRADES
Asso.: 81  SMACNA         Job Class: 300  JOURNEYPERSON, FOREPERSON 2

### RATE CODE 126

**Total Hours Worked Rate**
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| Total | 27.30 (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.650 |
| Total | 2.650 (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| Total | 5.30 (3) |

### EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | BIANCO, M | | | | |
| 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 | DEANDREIS, FRANCIS | | | | |
| 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 | LUNDBERG, JOHN | | | | |
| 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 | WARNER, JUSTIN | 32 | | | 32 |
| | **TOTAL HOURS:** | 32 | | | 32 |
| | **MULTIPLY TOTAL HOURS BY RATE:** | N/A | 2.650 (2) | 5.30 (3) | 27.30 (1) |
| | **AMOUNT DUE:** | | | | 874.00 |

**RATE CODE 126 TOTAL AMOUNT DUE:** 874.00

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: *Gabriela Kearse*    Date: 5/10/07    Title: Acct'g Mgr.

☐ Check here if No Hours to report for Rate Code 126.
Please retain a copy of the form(s) for your records.

### REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1              If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/766-9790   0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 196
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA   Job Class: 301 JOURNEYPERSON, FOREPERSON 3

### RATE CODE 196
**Total Hours Worked Rate**
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | 1.50 |
| Vacation | 5.30 |
| **Total** | **28.80** (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .750 |
| Vacation | 2.650 |
| **Total** | **3.400** (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | 1.50 |
| Vacation | 5.30 |
| **Total** | **6.80** (3) |

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | ALVAREZ, DANIEL | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | TOTAL HOURS: | | | | |
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | 3.400 (2) | 6.80 (3) | 28.80 (1) |
| | AMOUNT DUE: | | | | |

**RATE CODE 196 TOTAL AMOUNT DUE:** _____

### EMPLOYER CERTIFICATION
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: *[signature]*   Date: 5/0/07   Title: Acct'g Mgr.

☒ Check here if No Hours to report for Rate Code 196.
Please retain a copy of the form(s) for your records.

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1   If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
- Er#: 358200  Phone: 707/766-9790  0666
- Name: M T B INCORPORATED
- Addr: 620 PETALUMA BLVD #C-2
- PETALUMA CA 94952-2870

**REPORTING DATES**
- Local: 104
- For Work Performed During: 04/2007
- Rate Code: 217
- Contribution Due: 05/10/2007
- Delinquent If Recieved After: 05/20/2007

**CONTRACT**
- Area: 0666 NORTH BAY
- Asso.: 81 SMACNA
- Agreement: 10 BUILDING TRADES
- Job Class: 150 APPRENTICE

**RATE CODE 217**

Total Hours Worked Rate
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 1.20 |
| National Pension | 1.07 |
| Dues Check Off | 1.00 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | .50 |
| Supp Pen 2 | .00 |
| Vacation | 1.50 |
| **Total** | **15.81** (1) |

Overtime Hours Rate
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .750 |
| **Total** | **.750** (2) |

Double Time Hours Rate
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 1.50 |
| **Total** | **1.50** (3) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | SMUCK, JASON | | | | |

| | MULTIPLY TOTAL HOURS BY RATE: | N/A | .750 (2) | 1.50 (3) | 15.81 (1) |

**EMPLOYER CERTIFICATION**
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature  Date 9/10/07  Title Acctg. Mgr.

[X] Check here if No Hours to report for Rate Code 217.
Please retain a copy of the form(s) for your records.

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1      If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 227
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY    Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA         Job Class: 302 JOURNEYPERSON, FOREPERSON 4

### RATE CODE 227

**Total Hours Worked Rate**
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | 3.50 |
| Vacation | 5.30 |
| **Total** | **30.80** (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | 1.750 |
| Vacation | 2.650 |
| **Total** | **4.400** (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | 3.50 |
| Vacation | 5.30 |
| **Total** | **8.80** (3) |

**EMPLOYEE HOURS REPORTED** — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | STOCKER, ROBERT | | | | |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 5/10/07  Title Acctg. Mgr.

☑ Check here if No Hours to report for Rate Code 227.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | |
|---|---|---|---|---|---|
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | 4.400 (2) | 8.80 (3) | 30.80 (1) |
| | AMOUNT DUE: | | | | |

RATE CODE 227 TOTAL AMOUNT DUE: _____

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN
CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1      If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 118
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 01  BUILDING TRADES - PRE-APPRENTICE
Asso.: 81 SMACNA       Job Class: 100  PRE-APPRENTICE

### RATE CODE 118

**Total Hours Worked Rate**
| | |
|---|---|
| Health | .00 |
| SHC | .00 |
| Nor Cal Pension | .00 |
| National Pension | .00 |
| Dues Check Off | .25 |
| Appr Train | .87 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .00 |
| Supp Pen 2 | .00 |
| Vacation | .75 |
| **Total** | **2.52** (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .375 |
| **Total** | **.375** (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .75 |
| **Total** | **.75** (3) |

**Minimum Health Care Hours Rate**
| | |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | HOWARD, COREY | | | | | |
| 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 | MCGOLDRICK, PETER | | | | | |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury, that he or she is duly authorized, by the above-named employer to sign and submit this report on behalf of such Employer.

_Manuela Keane_  5/10/07  _Acct'g. Mgr._
Certifying Signature  Date  Title

☒ Check here if No Hours to report for Rate Code 118.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | |
|---|---|---|---|---|---|
| MULTIPLY TOTAL HOURS BY RATE: | N/A | .375 (2) | .75 (3) | 2.52 (1) | 7.04 (4) |
| AMOUNT DUE: | | | | | |

**RATE CODE 118 TOTAL AMOUNT DUE:** _____

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1         If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 141
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY    Agreement: 70 SERVICE TECHNICIAN
Asso.: 81 SMACNA        Job Class: 252 TRAINEE 2ND 6 MONTHS

### RATE CODE 141

**Total Hours Worked Rate**
| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 1.08 |
| National Pension | .64 |
| Dues Check Off | .70 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .30 |
| Supp Pen 2 | .00 |
| Vacation | 1.80 |
| **Total** | **6.61** (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .900 |
| **Total** | **.900** (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 1.80 |
| **Total** | **1.80** (3) |

**Minimum Health Care Hours Rate**
| | |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

### EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, NICK | | | | | |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: *[signature]* Gabriela Kane  Date: 5/10/07  Title: Acct'g. Mgr.

☑ Check here if No Hours to report for Rate Code 141.
Please retain a copy of the form(s) for your records.

| | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL HOURS | MIN HEALTH |
|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | .900 (2) | 1.80 (3) | 6.61 (1) | 7.04 (4) |
| AMOUNT DUE: | | | | | |

**RATE CODE 141 TOTAL AMOUNT DUE:** _____

### REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 144
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY    Agreement: 70  SERVICE TECHNICIAN
Asso.: 81 SMACNA        Job Class: 600 SERVICE TECHNICIAN 2

**RATE CODE 144**

Total Hours Worked Rate
- Health .00
- SHC .44
- Nor Cal Pension 2.25
- National Pension .81
- Dues Check Off 1.10
- Appr Train 1.00
- SMOHIT .00
- Industry Prom .65
- Supp Pen 1 1.50
- Supp Pen 2 .00
- Vacation 4.30
- Total 12.05 (1)

Overtime Hours Rate
- Supp Pen 2 .000
- Vacation 2.150
- Total 2.150 (2)

Double Time Hours Rate
- Supp Pen 2 .00
- Vacation 4.30
- Total 4.30 (3)

Minimum Health Care Hours Rate
- Health 7.04
- Total 7.04 (4)

**EMPLOYEE HOURS REPORTED** — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WALKER, CHRISTOPHER | | | | | |

| | TOTAL HOURS: | | | | | |
|---|---|---|---|---|---|---|
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.150 (2) | 4.30 (3) | 12.05 (1) | 7.04 (4) |
| | AMOUNT DUE: | | | | | |

**RATE CODE 144 TOTAL AMOUNT DUE:** _____

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 5/10/07  Title Acct'g. Mgr.

☐ Check here if No Hours to report for Rate Code 144.
Please retain a copy of the form(s) for your records.

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1    If you have any questions, please call (925) 208-9994.