# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

### EMPLOYER NAME & ADDRESS
Erf: 358200    Phone: 707/766-9790    0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
      PETALUMA CA 94952-2870

### REPORTING DATES
Local: 104
For Work Performed During: 05/2007
Rate Code: 298
Contribution Due: 06/10/2007
Delinquent If Received After: 06/20/2007

### FOR ADMINISTRATION USE ONLY
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

### CONTRACT
Area: 0666  NORTH BAY         Agreement: 20    A/C SPECIALIST
Asso.: 81   SMACNA            Job Class: 201   2ND 6 MONTHS

### RATE CODE 298

**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | .31 |
| National Pension | .39 |
| Dues Check Off | .76 |
| Appr Train | .98 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .22 |
| Supp Pen 2 | .00 |
| Vacation | .90 |
| Total | 4.65 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .450 |
| Total | .450 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .90 |
| Total | .90 (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| Total | 7.04 (4) |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _Samuel Allano_  Date _6/10/07_  Title _Acctg. Mgr._

☑ Check here if No Hours to report for Rate Code 298.
Please retain a copy of the form(s) for your records.

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WARNER, DONALD | 156.5 | 18 | | 174.5 | 174.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL HOURS: | | 156.5 | 18 | | 174.5 | 174.5 |
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | .450 (2) | .90 (3) | 4.65 (1) | 7.04 (4) |
| AMOUNT DUE: | | | 8.10 | | 811.43 | 1228.48 |

RATE CODE 298 TOTAL AMOUNT DUE: 2048.—

ADJUSTMENT (Note Reason): _____

EMPLOYER 358200 TOTAL AMOUNT DUE: (Check Amount) 6579.00

### REMITTANCE ADDRESS
Total all form(s) and use one check payable to:

SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:

SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1          If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

## EMPLOYER'S REPORT OF CONTRIBUTIONS

### EMPLOYER NAME & ADDRESS
Erf: **358200**   Phone: **707/766-9790   0666**
Name: **M T B INCORPORATED**
Addr: **620 PETALUMA BLVD #C-2**
**PETALUMA CA 94952-2870**

### REPORTING DATES
Local: **104**
For Work Performed During: **05/2007**
Rate Code: **118**
Contribution Due: **06/10/2007**
Delinquent If Received After: **06/20/2007**

### FOR ADMINISTRATION USE ONLY
Postmark Date: 6/19/07
Deposit Date: 6/20/07
Check Number:
Check Amount: _paid_
Entered By:

### CONTRACT
Area: **0666  NORTH BAY**          Agreement: **01   BUILDING TRADES - PRE-APPRENTICE**
Asso.: **81   SMACNA**              Job Class: **100   PRE-APPRENTICE**

### RATE CODE 118

**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .00 |
| Nor Cal Pension | .00 |
| National Pension | .00 |
| Dues Check Off | .25 |
| Appr Train | .87 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .00 |
| Supp Pen 2 | .00 |
| Vacation | .75 |
| **Total** | **2.52** (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .375 |
| **Total** | **.375** (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .75 |
| **Total** | **.75** (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2.*
*Total Hours Worked Includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| ~~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~~ | ~~HOWARD, COREY~~ | | | | | |
| 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 | MCGOLDRICK, PETER | | | | | |
| | | | | | | |

| | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL | 130 MIN HC |
|---|---|---|---|---|---|
| **TOTAL HOURS:** | | | | | |
| **MULTIPLY TOTAL HOURS BY RATE:** | N/A | .375 (2) | .75 (3) | 2.52 (1) | 7.04 (4) |
| **AMOUNT DUE:** | | | | | |

Certifying Signature: _Jutrula Leane_   Date: _6/10/07_   Title: _Acctg. Mgr._

☐ Check here if No Hours to report for Rate Code 118.
Please retain a copy of the form(s) for your records.

**RATE CODE 118 TOTAL AMOUNT DUE:** $519.00   $226.00

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
**ATTN: CONTRIBUTION DEPT.**
**PO BOX 45312**
**SAN FRANCISCO CA 94145-45312**

Page 1 of 1                    If you have any questions, please call (925) 208-9994.

Case 3:07-cv-06053-PJH Document 61-4 Filed 07/11/2008 Page 3 of 16

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

### EMPLOYER NAME & ADDRESS
Erif: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

### REPORTING DATES
Local: 104
For Work Performed During: 05/2007
Rate Code: 126
Contribution Due: 06/10/2007
Delinquent If Received After: 06/20/2007

### FOR ADMINISTRATION USE ONLY
Postmark Date: ____/____/____
Deposit Date: ____/____/____
Check Number: _____
Check Amount: _____
Entered By: _____

### CONTRACT
Area: 0666 NORTH BAY    Agreement: 10    BUILDING TRADES
Asso.: 81 SMACNA    Job Class: 300    JOURNEYPERSON, FOREPERSON 2

### RATE CODE 126
**Total Hours Worked Rate**

| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| **Total** | **27.30** (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.650 |
| **Total** | **2.650** (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| **Total** | **5.30** (3) |

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | BIANCO, M. | | | | |
| 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 | DEANDREIS, FRANCIS | | | | |
| 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 | LUNDBERG, JOHN | | | | |
| 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 | WARNER, JUSTIN | 160 | 4 | | 164 |

*Variance: w/p $16.80*

*Total amount due should be $4487.80 n/t $4471.00*

### EMPLOYER CERTIFICATION
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature: *Danielallane*   Date: 9/10/07   Title: Acctg Mgr.

☐ Check here if No Hours to report for Rate Code 126.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | 160 | 4 | | 164 |
|---|---|---|---|---|---|
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.650 (2) | 5.30 (3) | 27.30 (1) |
| | AMOUNT DUE: | | 10.60 | | 4470.0 |

RATE CODE 126 TOTAL AMOUNT DUE: 4471.00

4487.80

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS OF NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1    If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

## EMPLOYER NAME & ADDRESS

Erf#: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
     PETALUMA CA 94952-2870

## REPORTING DATES

| | |
|---|---|
| Local: | 104 |
| For Work Performed During: | 05/2007 |
| Rate Code: | 141 |
| Contribution Due: | 06/10/2007 |
| Delinquent If Received After: | 06/20/2007 |

## FOR ADMINISTRATION USE ONLY

| | |
|---|---|
| Postmark Date: | _____/_____/_____ |
| Deposit Date: | _____/_____/_____ |
| Check Number: | _____ |
| Check Amount: | _____ |
| Entered By: | _____ |

## CONTRACT

Area: 0666 NORTH BAY    Agreement: 70  SERVICE TECHNICIAN
Asso: 81  SMACNA    Job Class: 252  TRAINEE 2ND 6 MONTHS

## RATE CODE 141

**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 1.08 |
| National Pension | .64 |
| Dues Check Off | .70 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .30 |
| Supp Pen 2 | .00 |
| Vacation | 1.80 |
| **Total** | **6.61** (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .900 |
| **Total** | **.900** (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 1.80 |
| **Total** | **1.80** (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

## EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | McGOLDRICK, NICK | | | | | |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 6/10/07 _____ Title Acct g Mgr

[ ] Check here if No Hours to report for Rate Code 141.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | | |
|---|---|---|---|---|---|---|
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | .900 (2) | 1.80 (3) | 6.61 (1) | 7.04 (4) |
| | AMOUNT DUE: | | | | | |

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

**RATE CODE 141 TOTAL AMOUNT DUE:** _____

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

### EMPLOYER NAME & ADDRESS
Enf: 358200  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
      PETALUMA CA 94952-2870

### REPORTING DATES
Local: 104
For Work Performed During: 05/2007
Rate Code: 144
Contribution Due: 06/10/2007
Delinquent If Received After: 06/20/2007

### FOR ADMINISTRATION USE ONLY
Postmark Date: _____/_____/_____
Deposit Date: _____/_____/_____
Check Number: _____
Check Amount: _____
Entered By: _____

### CONTRACT
Area: 0666  NORTH BAY  Agreement: 70  SERVICE TECHNICIAN
Asso.: 81  SMACNA  Job Class: 600  SERVICE TECHNICIAN 2

### RATE CODE 144
**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 2.25 |
| National Pension | .81 |
| Dues Check Off | 1.10 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 4.30 |
| Total | 12.05 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.150 |
| Total | 2.150 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 4.30 |
| Total | 4.30 (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| Total | 7.04 (4) |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

*Pabula Cleave*  6/10/07  *Asst. G. Mgr.*
Certifying Signature   Date   Title

☒ Check here if No Hours to report for Rate Code 144.
Please retain a copy of the form(s) for your records.

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WALKER, CHRISTOPHER | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.150 (2) | 4.30 (3) | 12.05 (1) | 7.04 (4) | |
| AMOUNT DUE: | | | | | | |

RATE CODE 144 TOTAL AMOUNT DUE:

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

## EMPLOYER NAME & ADDRESS
Erif: **358200**   Phone: **707/766-9790**   **0666**
Name: **M T B INCORPORATED**
Addr: **620 PETALUMA BLVD #C-2**
**PETALUMA CA 94952-2870**

## REPORTING DATES
| | |
|---|---|
| Local: | 104 |
| For Work Performed During: | 05/2007 |
| Rate Code: | 196 |
| Contribution Due: | 06/10/2007 |
| Delinquent If Received After: | 06/20/2007 |

## FOR ADMINISTRATION USE ONLY
Postmark Date: ____/____/____
Deposit Date: ____/____/____
Check Number: _____
Check Amount: _____
Entered By: _____

## CONTRACT
Area: **0666 NORTH BAY**   Agreement: **10 BUILDING TRADES**
Asso: **81 SMACNA**   Job Class: **301 JOURNEYPERSON, FOREPERSON 3**

## RATE CODE 196
**Total Hours Worked Rate**
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | 1.50 |
| Vacation | 5.30 |
| **Total** | **28.80** (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .750 |
| Vacation | 2.650 |
| **Total** | **3.400** (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | 1.50 |
| Vacation | 5.30 |
| **Total** | **6.80** (3) |

## EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | ALVAREZ, DANIEL | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## EMPLOYER CERTIFICATION
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_Jacquelaine_ 6/6/07   Acctg. Mgr.
Certifying Signature   Date   Title

☐ Check here if No Hours to report for Rate Code 196.
Please retain a copy of the form(s) for your records.

| | | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL |
|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | 3.400 (2) | 6.80 (3) | 28.80 (1) |
| AMOUNT DUE: | | | | | |

| RATE CODE 196 TOTAL AMOUNT DUE: | |
|---|---|

## REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
**ATTN: CONTRIBUTION DEPT.**
**PO BOX 45312**
**SAN FRANCISCO CA 94145-45312**

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

## EMPLOYER NAME & ADDRESS

Er#: **358200**   Phone: 707/766-9790   0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

## REPORTING DATES

| | |
|---|---|
| Local: | 104 |
| For Work Performed During: | 05/2007 |
| Rate Code: | 217 |
| Contribution Due: | 06/10/2007 |
| Delinquent If Received After: | 06/20/2007 |

## FOR ADMINISTRATION USE ONLY

Postmark Date:  ____/____/____
Deposit Date:  ____/____/____
Check Number: _____
Check Amount: _____
Entered By: _____

## CONTRACT

Area: **0666** NORTH BAY       Agreement: **10** BUILDING TRADES
Asso.: **81** SMACNA       Job Class: **150** APPRENTICE

## RATE CODE 217

**Total Hours Worked Rate**

| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 1.20 |
| National Pension | 1.07 |
| Dues Check Off | 1.00 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | .50 |
| Supp Pen 2 | .00 |
| Vacation | 1.50 |
| **Total** | **15.81** (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .750 |
| **Total** | **.750** (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 1.50 |
| **Total** | **1.50** (3) |

## EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | SMUCK, JASON | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _Pamela Lane_   Date _6/9/07_   Title _Acct'g. Mgr._

☒ Check here if No Hours to report for Rate Code 217.
Please retain a copy of the form(s) for your records.

| | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL |
|---|---|---|---|---|
| **TOTAL HOURS:** | | | | |
| **MULTIPLY TOTAL HOURS BY RATE:** | N/A | .750 (2) | 1.50 (3) | 15.81 (1) |
| **AMOUNT DUE:** | | | | |

RATE CODE 217 TOTAL AMOUNT DUE: _____

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1       If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

### EMPLOYER NAME & ADDRESS
Er#: 358200   Phone: 707/766-9790   0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

### REPORTING DATES
Local: 104
For Work Performed During: 05/2007
Rate Code: 227
Contribution Due: 06/10/2007
Delinquent If Received After: 06/20/2007

### FOR ADMINISTRATION USE ONLY
Postmark Date: ____/____/____
Deposit Date: ____/____/____
Check Number: _____
Check Amount: _____
Entered By: _____

### CONTRACT
Area: 0666 NORTH BAY   Agreement: 10   BUILDING TRADES
Asso.: 81   SMACNA   Job Class: 302   JOURNEYPERSON, FOREPERSON 4

### RATE CODE 227

**Total Hours Worked Rate**

| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | 3.50 |
| Vacation | 5.30 |
| Total | 30.80 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | 1.750 |
| Vacation | 2.650 |
| Total | 4.400 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | 3.50 |
| Vacation | 5.30 |
| Total | 8.80 (3) |

### EMPLOYEE HOURS REPORTED
All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | STOCKER, ROBERT | | | | |
| | | | | | |
| | | | | | |

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ / Date 6/10/07 / Title Acctg. Mgr

[X] Check here if No Hours to report for Rate Code 227.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | |
|---|---|---|---|---|---|
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 4.400 (2) | 8.80 (3) | 30.80 (1) |
| AMOUNT DUE: | | | | |

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

RATE CODE 227 TOTAL AMOUNT DUE: _____

If you have any questions, please call (925) 208-9994.

Fax: Aug 21 2007 03:20pm P003
Case 3:3WORKERSof NORTHERNCALIFORNIA2008PENSI0NTRU8Tge 9 of 16 FUND

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|
| Er#: 358200 Phone: 707/766-9790 0666 | Local: 104 | Postmark Date: ___/___/___ |
| Name: M T B INCORPORATED | For Work Performed During: 06/2007 | Deposit Date: ___/___/___ |
| Addr: 620 PETALUMA BLVD #C-2 | Rate Code: 298 | Check Number: _____ |
| PETALUMA CA 94952-2870 | Contribution Due: 07/10/2007 | Check Amount: _____ |
| | Delinquent If Received After: 07/20/2007 | Entered By: _____ |

## CONTRACT
Area: 0666 NORTH BAY  Agreement: 20  A/C SPECIALIST
Asso.: 81  SMACNA  Job Class: 201  2ND 6 MONTHS

## RATE CODE 298

**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | .31 |
| National Pension | .39 |
| Dues Check Off | .76 |
| Appr Train | .98 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .22 |
| Supp Pen 2 | .00 |
| Vacation | .90 |
| **Total** | **4.65** (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .450 |
| **Total** | **.450** (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .90 |
| **Total** | **.90** (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

## EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by 1.5 or 2. Total Hours Worked includes straight hours worked, overtime, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WARNER, DONALD | 169.5 | | | 169.5 | 169.5 |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Business Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_____ 7-10-07 _____
Certifying Signature  Date  Title

☐ Check here if No Hours to report for Rate Code 298.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | 169.5 | 169.5 |
|---|---|---|---|---|---|---|
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | .450 (2) | .90 (3) | 4.65 (1) | 7.04 (4) |
| AMOUNT DUE: | | | | | 788.— | 1193.— |

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS ATTN: CONTRIBUTION DEPT. PO BOX 45312 SAN FRANCISCO CA 94145-45312**

RATE CODE 298 TOTAL AMOUNT DUE: **1981.—**

ADJUSTMENT (Note Reason) _____

EMPLOYER 358200 TOTAL AMOUNT DUE: (Check Amount) **6840.00**

Page 1 of 1  If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES: | FOR ADMINISTRATION USE ONLY |
|---|---|---|
| Er#: 358200 Phone: 707/766-9790 0666 | Local: 104 | Postmark Date: ___/___/___ |
| Name: M T B INCORPORATED | For Work Performed During: 06/2007 | Deposit Date: ___/___/___ |
| Addr: 620 PETALUMA BLVD #C-2 | Rate Code: 126 | Check Number: _____ |
| PETALUMA CA 94952-2870 | Contribution Due: 07/10/2007 | Check Amount: _____ |
| | Delinquent If Received After: 07/20/2007 | Entered By: _____ |

**CONTRACT**

| Area: 0666 NORTH BAY | Agreement: 10 | BUILDING TRADES |
|---|---|---|
| Asso.: 81 SMACNA | Job Class: 300 | JOURNEYPERSON, FOREPERSON 2 |

**RATE CODE 126** — EMPLOYEE HOURS REPORTED — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

**Total Hours Worked Rate**

| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| Total | 27.30 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.650 |
| Total | 2.650 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| Total | 5.30 (3) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | BIANCO, M | | | | |
| 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 | DEANDREIS, FRANCIS | | | | |
| 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 | LUNDBERG, JOHN | | | | |
| 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 | WARNER, JUSTIN | | | | 178 |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 7-10-07 Title _____

☐ Check here if No Hours to report for Rate Code 126.
Please retain a copy of the form(s) for your records.

| | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL |
|---|---|---|---|---|
| TOTAL HOURS: | | | | 178 |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.650 (2) | 5.30 (3) | 27.30 (1) |
| AMOUNT DUE: | | | | 4869.— |

**RATE CODE 126 TOTAL AMOUNT DUE:** 4869.—

**REMITTANCE ADDRESS**

Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS OF NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|
| Em#: 358200 Phone: 707/766-9790 0666 | Local: 104 | Postmark Date: ___/___/___ |
| Name: M T B INCORPORATED | For Work Performed During: 06/2007 | Deposit Date: ___/___/___ |
| Addr: 620 PETALUMA BLVD #C-2 | Rate Code: 118 | Check Number: _____ |
| PETALUMA CA 94952-2870 | Contribution Due: 07/10/2007 | Check Amount: _____ |
| | Delinquent If Received After: 07/20/2007 | Entered By: _____ |

**CONTRACT**

Area: 0666 NORTH BAY    Agreement: 01 BUILDING TRADES - PRE-APPRENTICE
Asso.: 81 SMACNA    Job Class: 100 PRE-APPRENTICE

## RATE CODE 118

**EMPLOYEE HOURS REPORTED** — *All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

### Total Hours Worked Rate

| | |
|---|---|
| Health | .00 |
| SHC | .00 |
| Nor Cal Pension | .00 |
| National Pension | .00 |
| Dues Check Off | .25 |
| Appr Train | .87 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .00 |
| Supp Pen 2 | .00 |
| Vacation | .75 |
| **Total** | **2.52** (1) |

### Overtime Hours Rate

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .375 |
| **Total** | **.375** (2) |

### Double Time Hours Rate

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | .75 |
| **Total** | **.75** (3) |

### Minimum Health Care Hours Rate

| | |
|---|---|
| Health | 7.04 |
| **Total** | **7.04** (4) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | HOWARD, COREY | | | | | |
| 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 | MCGOLDRICK, PETER | | | | | |
| | TOTAL HOURS: | | | | | |
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | .375 (2) | .75 (3) | 2.52 (1) | 7.04 (4) |
| | AMOUNT DUE: | | | | | |

**RATE CODE 118 TOTAL AMOUNT DUE:** _____

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____  Date 7-10-07  Title Acct'g Mgr.

☐ Check here if No Hours to report for Rate Code 118.
Please retain a copy of the form(s) for your records.

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
SHEET METAL WORKERS OF NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA/PENSION TRUST FUND
### EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|
| Er#: 358200 Phone: 707/766-9790 0666 | Local: 104 | Postmark Date: ___/___/___ |
| Name: M T B INCORPORATED | For Work Performed During: 06/2007 | Deposit Date: ___/___/___ |
| Addr: 620 PETALUMA BLVD #C-2 | Rate Code: 141 | Check Number: _____ |
| PETALUMA CA 94952-2870 | Contribution Due: 07/10/2007 | Check Amount: _____ |
| | Delinquent If Received After: 07/20/2007 | Entered By: _____ |

## CONTRACT

Area: 0666 NORTH BAY    Agreement: 70   SERVICE TECHNICIAN
Asso.: 81   SMACNA    Job Class: 252   TRAINEE 2ND 6 MONTHS

## RATE CODE 141 — EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by 5, 1.5 or 2. Total Hours Worked include straight hours worked, overtime hours and double time hours.*

**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 1.08 |
| National Pension | .64 |
| Dues Check Off | .70 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | .30 |
| Supp Pen 2 | .00 |
| Vacation | 1.80 |
| Total | 6.61 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .900 |
| Total | .900 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 1.80 |
| Total | 1.80 (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| Total | 7.04 (4) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, NICK | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | .900 (2) | 1.80 (3) | 6.61 (1) | 7.04 (4) |
| AMOUNT DUE: | | | | | | |

RATE CODE 141 TOTAL AMOUNT DUE: _____

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 7-10-07   Title Acct. Mgr.

☑ Check here if No Hours to report for Rate Code 141.
*Please retain a copy of the form(s) for your records.

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
**ATTN: CONTRIBUTION DEPT.**
**PO BOX 45312**
**SAN FRANCISCO CA 94145-45312**

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|
| Er#: 358200 Phone: 707/766-9790 0666 | Local: 104 | Postmark Date: ___/___/___ |
| Name: M T B INCORPORATED | For Work Performed During: 06/2007 | Deposit Date: ___/___/___ |
| Addr: 620 PETALUMA BLVD #C-2 | Rate Code: 144 | Check Number: _____ |
| PETALUMA CA 94952-2870 | Contribution Due: 07/10/2007 | Check Amount: _____ |
| | Delinquent if Received After: 07/20/2007 | Entered By: _____ |

## CONTRACT

Area: 0666 NORTH BAY  Agreement: 70  SERVICE TECHNICIAN
Asso.: 81  SMACNA  Job Class: 600  SERVICE TECHNICIAN 2

## RATE CODE 144 — EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by 5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

**Total Hours Worked Rate**

| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 2.25 |
| National Pension | .81 |
| Dues Check Off | 1.10 |
| Appr Train | 1.00 |
| SMOHIT | .00 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 4.30 |
| Total | 12.05 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.150 |
| Total | 2.150 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 4.30 |
| Total | 4.30 (3) |

**Minimum Health Care Hours Rate**

| | |
|---|---|
| Health | 7.04 |
| Total | 7.04 (4) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 130 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | WALKER, CHRISTOPHER | | | | | |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_____  7-10-07  Kathy Har
Certifying Signature    Date    Title

☐ Check here if No Hours to report for Rate Code 144.
Please retain a copy of the form(s) for your records.

| | | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL | MIN HEALTH CARE |
|---|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | 2.150 (2) | 4.30 (3) | 12.05 (1) | 7.04 (4) |
| AMOUNT DUE: | | | | | | |

RATE CODE 144 TOTAL AMOUNT DUE: _____

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS ATTN: CONTRIBUTION DEPT. PO BOX 45312 SAN FRANCISCO CA 94145-45312**

If you have any questions, please call (925) 208-9994.

Fax:      Aug 21 2007 03:22pm P008

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|

**EMPLOYER NAME & ADDRESS**
Emp#: 358200   Phone: 707/766-9790   0666
Name: M T B INCORPORATED
Addr: 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 06/2007
Rate Code: 196
Contribution Due: 07/10/2007
Delinquent If Received After: 07/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

## CONTRACT

Area: 0666 NORTH BAY    Agreement: 10   BUILDING TRADES
Asso: 81   SMACNA    Job Class: 301   JOURNEYPERSON, FOREPERSON 3

## RATE CODE 196 — EMPLOYEE HOURS REPORTED

*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

**Total Hours Worked Rate**
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | 1.50 |
| Vacation | 5.30 |
| Total | 28.80 (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .750 |
| Vacation | 2.650 |
| Total | 3.400 (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | 1.50 |
| Vacation | 5.30 |
| Total | 6.80 (3) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | ALVAREZ, DANIEL | | | | |
| | | | | | |
| | | | | | |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_____ _____ _____
Certifying Signature   Date   Title

☐ Check here if No Hours to report for Rate Code 196.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | |
|---|---|---|---|---|---|
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 3.400 (2) | 6.80 (3) | 28.80 (1) | |
| AMOUNT DUE: | | | | | |

RATE CODE 196 TOTAL AMOUNT DUE: _____

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS OF NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|

**Erf:** 358200  **Phone:** 707/766-9790  0666
**Name:** M T B INCORPORATED
**Addr:** 620 PETALUMA BLVD #C-2
PETALUMA CA 94952-2870

**Local:** 104
**For Work Performed During:** 06/2007
**Rate Code:** 217
**Contribution Due:** 07/10/2007
**Delinquent If Received After:** 07/20/2007

Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

## CONTRACT

**Area:** 0666 NORTH BAY   **Agreement:** 10  BUILDING TRADES
**Asso.:** 81  SMACNA   **Job Class:** 150  APPRENTICE

## RATE CODE 217

**EMPLOYEE HOURS REPORTED** — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

**Total Hours Worked Rate**
| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 1.20 |
| National Pension | 1.07 |
| Dues Check Off | 1.00 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | .50 |
| Supp Pen 2 | .00 |
| Vacation | 1.50 |
| Total | 15.81 (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | .750 |
| Total | .750 (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 1.50 |
| Total | 1.50 (2) |

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | |
|---|---|---|---|---|---|---|
| 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 | SMUCK, JASON | | | | | |
| | | | | | | |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_____  7-10-07  _____
Certifying Signature   Date   Title

☒ Check here if No Hours to report for Rate Code 217.
Please retain a copy of the form(s) for your records.

| | TOTAL HOURS: | | | | |
|---|---|---|---|---|---|
| MULTIPLY TOTAL HOURS BY RATE: | N/A | .750 (2) | 1.50 (3) | 15.81 (1) | |
| AMOUNT DUE: | | | | | |

RATE CODE 217 TOTAL AMOUNT DUE: _____

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
**ATTN: CONTRIBUTION DEPT.**
**PO BOX 45312**
**SAN FRANCISCO CA 94145-45312**

If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

| EMPLOYER NAME & ADDRESS | REPORTING DATES | FOR ADMINISTRATION USE ONLY |
|---|---|---|
| Er#: 358200  Phone: 707/766-9790  0666 | Local: 104 | Postmark Date: ___/___/___ |
| Name: M T B INCORPORATED | For Work Performed During: 06/2007 | Deposit Date: ___/___/___ |
| Addr: 620 PETALUMA BLVD #C-2 | Rate Code: 227 | Check Number: _____ |
| PETALUMA CA 94952-2870 | Contribution Due: 07/10/2007 | Check Amount: _____ |
| | Delinquent if Received After: 07/20/2007 | Entered By: _____ |

## CONTRACT

Area: 0666 NORTH BAY   Agreement: 10   BUILDING TRADES
Asso.: 81   SMACNA   Job Class: 302   JOURNEYPERSON, FOREPERSON 4

### RATE CODE 227

**Total Hours Worked Rate**

| | |
|---|---|
| Health | 8.43 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | 3.50 |
| Vacation | 5.30 |
| Total | 30.80 (1) |

**Overtime Hours Rate**

| | |
|---|---|
| Supp Pen 2 | 1.750 |
| Vacation | 2.650 |
| Total | 4.400 (2) |

**Double Time Hours Rate**

| | |
|---|---|
| Supp Pen 2 | 3.50 |
| Vacation | 5.30 |
| Total | 8.80 (3) |

## EMPLOYEE HOURS REPORTED — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED |
|---|---|---|---|---|---|
| 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 | STOCKER , ROBERT | | | | |
| | | | | | |

## EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature   Date   Title

☑ Check here if No Hours to report for Rate Code 227.
Please retain a copy of the form(s) for your records.

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS: | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 4.400 (2) | 8.80 (3) | 30.80 (1) |
| AMOUNT DUE: | | | | |

| RATE CODE 227 TOTAL AMOUNT DUE: | |
|---|---|

## REMITTANCE ADDRESS

Total all form(s) and issue one check payable to:
**SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND**

Remit form(s) and payment to:
**SHEET METAL WORKERS**
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

If you have any questions, please call (925) 208-9994.