# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
#: 358201  Phone: 707/794-7943  0666
Name: M T B INCORPORATED
Addr: -OWNER MEMBER
P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 12/2005
Rate Code: 306
Contribution Due: 01/10/2006
Delinquent If Recieved After: 01/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: 1/20/06
Deposit Date: 1/23/06
Check Number:
Check Amount: Not Paid
Entered By:

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA   Job Class: 310 JOURNEYPERSON, FOREPERSON 2 OWNER MEMBER

**RATE CODE 306**

Total Hours Worked Rate
- Health .00
- SHC .44
- Nor Cal Pension 4.97
- National Pension 2.06
- Dues Check Off 2.32
- Appr Train 1.00
- SMOHIT .02
- Industry Prom .65
- Supp Pen 1 1.35
- Supp Pen 2 .00
- Vacation 4.02
- Total 16.83 (1)

Overtime Hours Rate
- Supp Pen 2 .000
- Vacation 2.010
- Total 2.010 (2)

Double Time Hours Rate
- Supp Pen 2 .00
- Vacation 4.02
- Total 4.02 (3)

Minimum Health Care Hours Rate
- Health 7.93
- Total 7.93 (4)

**EMPLOYEE HOURS REPORTED**

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle I.) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 142 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, PETER | 132 | | | 132 | 142 |

X These hours not entered X
& money

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature / Date / Title

☐ Check here if No Hours to report for Rate Code 306.
Please retain a copy of the form(s) for your records.

| | | | | | |
|---|---|---|---|---|---|
| TOTAL HOURS: | | | | 132 | 142 |
| MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.010 (2) | 4.02 (3) | 16.83 (1) | 7.93 (4) |
| AMOUNT DUE: | | | | 2221.56 | 1126.06 |

RATE CODE 306 TOTAL AMOUNT DUE: **3347.62**

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

3347.62

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

ADJUSTMENT (Note Reason) _____

EMPLOYER 358201 TOTAL AMOUNT DUE: 14792.07
(Check Amount)

Page 1 of 1   If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358201   Phone: 707/794-7943   0666
Name: M T B INCORPORATED
Addr: -OWNER MEMBER
P O BOX 715
PENNGROVE CA 94951

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2006
Rate Code: 306
Contribution Due: 06/10/2006
Delinquent If Recieved After: 06/20/2006

**FOR ADMINISTRATION USE ONLY**
Postmark Date: __/__/__
Deposit Date: __/__/__
Check Number: ____
Check Amount: Not Paid
Entered By: ____

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA   Job Class: 310 JOURNEYPERSON, FOREPERSON 2 OWNER MEMBER

**RATE CODE 306**

Total Hours Worked Rate
| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 4.97 |
| National Pension | 2.06 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.35 |
| Supp Pen 2 | .00 |
| Vacation | 4.02 |
| **Total** | **16.83** (1) |

Overtime Hours Rate
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.010 |
| **Total** | **2.010** (2) |

Double Time Hours Rate
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 4.02 |
| **Total** | **4.02** (3) |

Minimum Health Care Hours Rate
| | |
|---|---|
| Health | 7.93 |
| **Total** | **7.93** (4) |

**EMPLOYEE HOURS REPORTED** — All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 142 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, PETER | 150 | | | 150 | 150 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | | |
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | 2.010 (2) | 4.02 (3) | 16.83 (1) | 7.93 (4) |
| AMOUNT DUE: | | | | | 2524.50 | 1189.50 |

**RATE CODE 306 TOTAL AMOUNT DUE:** 3714.00

ADJUSTMENT (Note Reason) ____

EMPLOYER 358201 TOTAL AMOUNT DUE: (Check Amount) ____

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 6/10/06 Title _____

☐ Check here if No Hours to report for Rate Code 306.
Please retain a copy of the form(s) for your records.

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1    If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358201  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: -OWNER MEMBER
620 PETALUMA BLVD NO #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 04/2007
Rate Code: 306
Contribution Due: 05/10/2007
Delinquent If Recieved After: 05/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA   Job Class: 310 JOURNEYPERSON, FOREPERSON 2 OWNER MEMBER

### RATE CODE 306

**Total Hours Worked Rate**
| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| **Total** | **18.87** (1) |

**Overtime Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.650 |
| **Total** | **2.650** (2) |

**Double Time Hours Rate**
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| **Total** | **5.30** (3) |

**Minimum Health Care Hours Rate**
| | |
|---|---|
| Health | 8.43 |
| **Total** | **8.43** (4) |

### EMPLOYEE HOURS REPORTED
*All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 142 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, PETER | 80 | | | 80 | 142 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL HOURS: | | | | 80 | 142 |
| | MULTIPLY TOTAL HOURS BY RATE: | N/A | 2.650 (2) | 5.30 (3) | 18.87 (1) | 8.43 (4) |
| | AMOUNT DUE: | | | | 1510.— | 1197.— |

RATE CODE 306 TOTAL AMOUNT DUE: **2707.—**
ADJUSTMENT (Note Reason): _____
EMPLOYER 358201 TOTAL AMOUNT DUE (Check Amount): **2707.80**

### EMPLOYER CERTIFICATION

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date _____ Title _____
☐ Check here if No Hours to report for Rate Code 306.
Please retain a copy of the form(s) for your records.

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1   If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

**EMPLOYER NAME & ADDRESS**
Er#: 358201  Phone: 707/766-9790  0666
Name: M T B INCORPORATED
Addr: –OWNER MEMBER
620 PETALUMA BLVD NO #C-2
PETALUMA CA 94952-2870

**REPORTING DATES**
Local: 104
For Work Performed During: 05/2007
Rate Code: 306
Contribution Due: 06/10/2007
Delinquent If Received After: 06/20/2007

**FOR ADMINISTRATION USE ONLY**
Postmark Date: 6/19/07
Deposit Date: 6/20/07
Check Number:
Check Amount: Paid
Entered By:

**CONTRACT**
Area: 0666 NORTH BAY   Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA   Job Class: 310 JOURNEYPERSON, FOREPERSON 2 OWNER MEMBER

**RATE CODE 306**
Total Hours Worked Rate
| | |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| **Total** | **18.87** (1) |

Overtime Hours Rate
| | |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.650 |
| **Total** | **2.650** (2) |

Double Time Hours Rate
| | |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| **Total** | **5.30** (3) |

Minimum Health Care Hours Rate
| | |
|---|---|
| Health | 8.43 |
| **Total** | **8.43** (4) |

**EMPLOYEE HOURS REPORTED** — *All hours reported should be the actual hours worked and not multiplied by .5, 1.5 or 2. Total Hours Worked Includes straight hours worked, overtime hours, and double time hours.*

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 142 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, PETER | 80 | | | 80 | 142 |

**EMPLOYER CERTIFICATION**

The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

_Gabriella Kane_  6/10/07  _Acty Mgr_
Certifying Signature   Date   Title

[ ] Check here if No Hours to report for Rate Code 306.
Please retain a copy of the form(s) for your records.

**TOTAL HOURS:** 80  |  |  | 80 | 142
**MULTIPLY TOTAL HOURS BY RATE:** N/A | 2.650 (2) | 5.30 (3) | 18.87 (1) | 8.43 (4)
**AMOUNT DUE:** 1509(1) 1197.06

**RATE CODE 306 TOTAL AMOUNT DUE:** 2707.00
**ADJUSTMENT** (Note Reason): 10879.00
**EMPLOYER 358201 TOTAL AMOUNT DUE:** 12226.00
(Check Amount)

$2707.00

**REMITTANCE ADDRESS**
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

Page 1 of 1   If you have any questions, please call (925) 208-9994.

# SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND
## EMPLOYER'S REPORT OF CONTRIBUTIONS

### EMPLOYER NAME & ADDRESS
Er#: 358201   Phone: 707/766-9790   0666
Name: M T B INCORPORATED
Addr: -OWNER MEMBER
620 PETALUMA BLVD NO #C-2
PETALUMA CA 94952-2870

### REPORTING DATES
Local: 104
For Work Performed During: 06/2007
Rate Code: 306
Contribution Due: 07/10/2007
Delinquent If Received After: 07/20/2007

### FOR ADMINISTRATION USE ONLY
Postmark Date: ___/___/___
Deposit Date: ___/___/___
Check Number: _____
Check Amount: _____
Entered By: _____

### CONTRACT
Area: 0666 NORTH BAY   Agreement: 10 BUILDING TRADES
Asso.: 81 SMACNA   Job Class: 310 JOURNEYPERSON, FOREPERSON 2 OWNER MEMBER

### RATE CODE 306
**Total Hours Worked Rate**
| Item | Rate |
|---|---|
| Health | .00 |
| SHC | .44 |
| Nor Cal Pension | 5.80 |
| National Pension | 1.84 |
| Dues Check Off | 2.32 |
| Appr Train | 1.00 |
| SMOHIT | .02 |
| Industry Prom | .65 |
| Supp Pen 1 | 1.50 |
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| Total | 18.87 (1) |

**Overtime Hours Rate**
| Item | Rate |
|---|---|
| Supp Pen 2 | .000 |
| Vacation | 2.650 |
| Total | 2.650 (2) |

**Double Time Hours Rate**
| Item | Rate |
|---|---|
| Supp Pen 2 | .00 |
| Vacation | 5.30 |
| Total | 5.30 (3) |

**Minimum Health Care Hours Rate**
| Item | Rate |
|---|---|
| Health | 8.43 |
| Total | 8.43 (4) |

### EMPLOYEE HOURS REPORTED

| SOC. SEC. NUMBER | EMPLOYEE NAME (Last Name, First Name, Middle Initial) | STRAIGHT HOURS WORKED | OVERTIME HOURS | DOUBLE TIME HOURS | TOTAL HOURS WORKED | 142 MINIMUM HEALTH CARE HOURS |
|---|---|---|---|---|---|---|
| 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 | MCGOLDRICK, PETER | 80 | | | 80 | 142 |

| | | STRAIGHT | OVERTIME | DOUBLE TIME | TOTAL | 142 MIN HC |
|---|---|---|---|---|---|---|
| TOTAL HOURS: | | | | | 80 | 142 |
| MULTIPLY TOTAL HOURS BY RATE: | | N/A | 2.650 (2) | 5.30 (3) | 18.87 (1) | 8.43 (4) |
| AMOUNT DUE: | | | | | 1510.00 | 1197.00 |

RATE CODE 306 TOTAL AMOUNT DUE: 2707.00

### EMPLOYER CERTIFICATION
The Employer certifies that the information herein is correct; that this report covers all hours worked or paid during the period for which contributions are required under a written Contribution Agreement, such as written collective bargaining agreements with local unions of the Sheet Metal Workers International Association; and that all payments reported herein are made in accordance with said Contribution Agreements and the applicable Trust Agreements. The undersigned agrees to be bound by all of the terms of the applicable Trust Agreements, including specifically the provisions of each Trust Agreement describing liquidated damages for delinquencies and other obligations of Employers, and authorized the depository bank to transfer the moneys remitted herewith to the appropriate Trusts in accordance with instructions issued by the Trustees thereof and any Joint Services Agreement entered into. The undersigned certifies under penalty of perjury that he or she is duly authorized by the above-named employer to sign and submit this report on behalf of such Employer.

Certifying Signature _____ Date 7-10-07   Title _____

☐ Check here if No Hours to report for Rate Code 306.
Please retain a copy of the form(s) for your records.

### REMITTANCE ADDRESS
Total all form(s) and issue one check payable to:
SHEET METAL WORKERS of NORTHERN CALIFORNIA PENSION TRUST FUND

Remit form(s) and payment to:
SHEET METAL WORKERS
ATTN: CONTRIBUTION DEPT.
PO BOX 45312
SAN FRANCISCO CA 94145-45312

ADJUSTMENT (Note Reason) _____

EMPLOYER 358201 TOTAL AMOUNT DUE: _____ (Check Amount)

Page 1 of 1   If you have any questions, please call (925) 208-9994.