```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 MONTGOMERY STREET, SUITE 303
3  SAN FRANCISCO, CA  94104
   TELEPHONE:  (415) 392-5431
4  FACSIMILE:  (415) 392-1978

5  ATTORNEYS FOR PLAINTIFFS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>          Plaintiffs, <br><br>     vs. <br><br> MTB INC., etc., <br><br>          Defendant. | NO.  C 07 3204 PJH <br><br> DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION <u>FOR DEFAULT JUDGMENT</u> |

I, MICHAEL J. CARROLL, declare:

1. I am one of the attorneys for plaintiffs in this action and if called as a witness, I could competently testify to the following facts:

2. Plaintiffs have incurred costs in the amount of $430.00 in the prosecution of this action. This figure consists of the following items:

   a. The filing fee of $350.00;
   b. The cost for the attempt to effect service of
      the Summons and Complaint and other documents
      from the initial filing of this case in the

1 amount of $80.00, which I have paid. Attached as Exhibit 5 is the invoice for item b. above.

3. This office commenced work on this employer's delinquency in May 2007 under the delinquency procedures established by the trust funds. Demand for payment was made by me by telephone contact with Gabriela Keane on June 12, 2007.

4. This legal action was filed on June 18, 2007. Defendant failed to appear and defendant's default was entered by the Court on September 26, 2007. The Court's jurisdiction is founded on 29 U.S.C. § 185(a) and 29 U.S.C. 1132.

5. Declarant has expended in excess of 4 hours in the prosecution of this action, including the preparation of a Motion for Entry of Default with Supporting Declaration and Proposed Notice of Entry of Default, an ExParte Application with Supporting Declaration and Proposed Order to Continue the Case Management Conference, and letter to the Court regarding status of the case, and this motion. Erskine & Tulley's billing rate in this matter is $185.00 per hour for a total of $740.00.

6. Exhibit 2 to the Maraia Declaration is the Declaration of Trust as amended of the Pension Trust; all other trusts contain the same provisions for court costs and attorneys fees, see pages 12-13.

7. The applicable interest rate is 15%. The Trust Agreement, Exhibit 2, states at page 9 that "... both the contribution and the liquidated damages attributable thereto shall bear interest at a rate to be determined from time to time by resolution of the Board..."

8. Attached hereto as Exhibit 6 are excerpts from the

Ways & Means Committee Meeting of May 1, 2001 when the trustees readopted the 15% rate that they have had since the 1980's. I was present at this meeting and the minutes accurately reflect what occurred. On June 1, 2001 the full board approved the action taken on May 1st in committee. I was present at that meeting as well.

9. ERISA provides that a judgment on behalf of a fiduciary for unpaid contributions to a multiemployer plan shall include interest on the unpaid contributions, and the interest "... shall be determined by using the rate provided under the plan ..." 29 U.S.C. 1132 (g)(2). The award is mandatory. Paragraph (2) states that the Court **shall** award the plan interest. See <u>Laborers Clean-Up Contract v. Uriarte Clean-Up Service</u> 736 F.2d 516, 522 (9th.Cir.1984).

10. In this case interest has only been calculated on the unpaid contributions. Higher rates of interest have been awarded in other cases notwithstanding the argument that the rate set by the trustees constituted a penalty. <u>Iron Workers District Council v. Hudson Steel Fabricators</u> 68 F.3d 1502 (2nd. Cir. 1995). See cases listed on page 1508.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2008 at San Francisco, California.

                                            /s/ Michael J. Carroll
                                              MICHAEL J. CARROLL