```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>            Plaintiffs,<br><br>vs.<br><br>MTB INC., etc.,<br><br>            Defendant. | NO. C 07 3204 PJH<br><br>(PROPOSED) ORDER AND <u>DEFAULT JUDGMENT</u> |

      Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, against defendant, MTB INC., a California corporation,, as follows:

////

////

////

<u>ORDER AND DEFAULT JUDGMENT</u>

1

|   |   |   |   |
|---|---|---|---|
| 1. | Principal | | |
|    |   | Contributions | $9,768.62 |
|    |   | Liquidated Damages | 5,076.01 |
| 2. | Interest | | 2,280.70 |
| 3. | Attorneys fees | | 740.00 |
| 4. | Costs | | 430.00 |
|    | TOTAL: | | $18,295.33 |

IT IS FURTHER ORDERED AND ADJUDGED in light of the decision in <u>International Union of Operating Engineers v. Richard D. Karr</u>, No. 91-35846 (9th Cir. 1993), the only issue raised in this proceeding through the date of this default judgment is the failure of defendant to pay known delinquent contributions for the months of December 2005, May 2006, April 2007 and June 2007 based upon unaudited financial information. The Court allows plaintiff Trust Funds to reserve their rights to audit the defendant employer for any periods not previously audited, including the time period referred to above. Entry of this Judgment has no effect whatsoever on either (a) plaintiff Trust Funds' right to audit defendant and collect by subsequent legal action any sum found thereby to be due, or (b) plaintiff Trust Funds' right to collect by subsequent legal action any sums found to be due for any time period other than the one referred to above.

DATED:_____

                                          JUDGE PHYLLIS J. HAMILTON