UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
SHEET METAL WORKERS, et al.,

           Plaintiffs,                   No. C 07-3204 PJH

      v.                           **ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

MTB INC.,

           Defendant.
_____/

       Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report

and recommendation on plaintiffs' motion for default judgment and attorneys' fees.

       The parties will be advised of the date, time and place of any appearance by notice

from the assigned magistrate judge.

       IT IS SO ORDERED.

Dated: January 25, 2008

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

cc: Wings, Assigned M/J