UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET
METAL WORKERS, et al.,

        Plaintiff(s),

  v.

MTB, INC.,

        Defendant(s).
_____/

No. C 07-03204 PJH

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that on **March 13, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Case Management Conference **previously noticed for** February 7, 2008 , in this matter.

                  Richard W. Wieking
                  Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: February 1, 2008