```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al. <br><br> Plaintiff, <br><br> vs. <br><br> MTB, INC., et al. <br><br> Defendant. | NO.  C 07 3204 PJH (MEJ) <br><br> EX PARTE APPLICATION FOR ORDER TO CONTINUANCE ON HEARING OF MOTION FOR DEFAULT JUDGMENT |

Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET MEAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, hereby apply <u>ex parte</u> for an order to continue hearing of Motion for Default Judgment from March 13, 2008 to March 20, 2008.

This <u>ex parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:   February 6, 2008

```
                                    Respectfully submitted,

                                    ERSKINE & TULLEY

                                    By:/s/ Michael J. Carroll
                                       Michael J. Carroll
                                       Attorneys for Plaintiffs
```

<u>EX PARTE APPLCTN FOR ORDER TO CONTINUANCE ON HEARING OF MOTION FOR DEFAULT JUDGMENT</u>                    1