```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MTB, INC., etc. <br><br> Defendant. | NO.  C 07 3204 PJH (MEJ) <br><br> ORDER TO CONTINUE HEARING OF MOTION FOR DEFAULT JUDGMENT |

IT IS ORDERED that the hearing of Motion for Default Judgment in this case set for March 13, 2008 be continued to March 20, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____    _____
                            Magistrate Judge Maria-Elena James

ORDER TO CONTINUE HEARING OF MOTION FOR DEFAULT JUDGMENT