```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS, et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>MTB, INC., etc.<br><br>            Defendant. | NO.  C 07 3204 PJH (MEJ)<br><br>ORDER TO CONTINUE HEARING OF MOTION FOR DEFAULT JUDGMENT |

IT IS ORDERED that the hearing of Motion for Default Judgment in this case set for March 13, 2008 be continued to March 20, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: February 7, 2008                              _____
                                                     Magistrate Judge Maria-Elena James

ORDER TO CONTINUE HEARING OF MOTION FOR DEFAULT JUDGMENT