IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | No. C 07-3204 PJH (MEJ) |
| Plaintiff(s), | **ORDER CONTINUING DEFAULT JUDGMENT HEARING** |
| vs. | |
| MTB, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's Motion for Default Judgment, with a hearing scheduled for March 20, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Please take notice that the Court CONTINUES the hearing to March 27, 2008 at 10:00 a.m..

**IT IS SO ORDERED.**

Dated: February 11, 2008

MARIA-ELENA JAMES
United States Magistrate Judge