1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  07 3204 PJH(MEJ)
   WORKERS HEALTH CARE PLAN OF NORTHERN )
12 CALIFORNIA, SHEET METAL WORKERS      )
   PENSION TRUST OF NORTHERN            )   STIPULATION FOR JUDGMENT
13 CALIFORNIA, SHEET METAL WORKERS      )
   LOCAL 104 VACATION, HOLIDAY SAVINGS  )
14 PLAN; ANTHONY ASHER, TRUSTEE,        )
                                        )
15              Plaintiffs,             )
                                        )
16       vs.                            )
                                        )
17 MTB, INC., a California corporation  )
                                        )
18                                      )
                Defendant.              )
19 _____ )

20       IT IS HEREBY STIPULATED and agreed by and between Plaintiffs

21 BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN

22 CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET

23 METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER,

24 TRUSTEE, through their attorneys, and defendant, MTB, INC., a California

25 corporation, that plaintiffs have and recover judgment from Defendant in

26 the amount of $12,152.34, which is composed of the following:

27       a.   Contributions and liquidated damages balances due and

28 unpaid to the Plaintiff Trust Funds for the months of December 2005,

STIPULATION FOR JUDGMENT                1

1   May 2006 and June 2007 in the total amount of $11,722.34;

2           b.   Costs of suit incurred in this action in the amount of
3   $430.00.

4           IT IS FURTHER STIPULATED and agreed by the parties hereto
5   that an abstract of judgment will be recorded but execution will not
6   issue on the judgment so long as defendant fully complies with the
7   following conditions:

8           1.   Defendant shall make payments of all ongoing amounts
9   to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST
10  FUNDS pursuant to contract between defendant and Local Union 104 of
11  the Sheet Metal Workers' International Association for hours worked
12  by defendant's employees, commencing with payment for February 2008
13  hours due on or before March 20, 2008 and continuing until the full
14  amount of this judgment is paid.  Each of said payments will be made
15  by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the
16  administrator Associated Third Party Administrators, 1640 South Loop
17  Road, Alameda, CA 94502.

18          2.   Defendant shall pay the amount of this Stipulation in
19  8 payments: On March 25, 2008 the sum of $1,530.20 followed by 6
20  monthly installment payments of $1,530.20 on the 25th of each month
21  succeeding month until the full amount due is paid.  The Eighth
22  Installment shall be for $1,010.94.  Said installment payments will
23  be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and
24  sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery
25  Street, Suite 303, San Francisco, California 94104, Attention: Michael
26  J. Carroll.

27          3.   Interest shall be due on the declining balance and will
28  be computed after all payments are made.

STIPULATION FOR JUDGMENT                    2

1        4.  Plaintiffs and Defendant each understand and agree that
2   any modification of payments must be made in writing and agreed to by
3   both the Plaintiffs and the Defendant.
4        IT IS FURTHER STIPULATED AND AGREED by the parties hereto
5   that upon failure of the Defendant to make any of their monthly
6   contribution payments pursuant to the collective bargaining agreement
7   as set forth in paragraph 1 above, and the monthly installment
8   payments in a timely manner as required pursuant to the terms of
9   paragraph 2 of this stipulation, execution on the entire judgment in
10  the amount of $12,152.34 reduced by any offsets for payments made,
11  shall issue only after ten (10) days written notice to the Defendant
12  that Plaintiffs or Plaintiffs' attorney declares a default and intends
13  to file a Declaration stating that a default has occurred on the part
14  of the defendant.  Defendant waives notice of any hearing held by the
15  court upon the earlier execution of this judgment or Plaintiffs'
16  declaration.
17       This judgment shall cover only the amounts paid pursuant to
18  this stipulated judgment.  The judgment does not include any unknown
19  amounts due to the Plaintiffs for the months of August and September
20  2004 which may be discovered at a later date, and specifically does
21  not waive the right of the Trust Funds to audit the employer for that
22  time period and collect any additional monies found delinquent as a
23  result of an audit.
24  ////
25  ////
26  ////
27  ////
28  ////

STIPULATION FOR JUDGMENT                     3

1  Defendant is not represented by counsel and has been advised to
2  seek the advice of counsel before signing this Stipulation for
3  Judgment.
4  IN WITNESS WHEREOF, plaintiffs' attorney and defendant have
5  executed this Stipulation for Judgment.
6  Dated: February 29, 2008    MTB, INC., a California corporation,

By: _____
Print Name: Peter McGoldrick
Corporate Title: President/Owner

9  Dated: February 29, 2008    ERSKINE & TULLEY
10                             A PROFESSIONAL CORPORATION

By: _____
    Michael J. Carroll
    Attorneys for Plaintiffs

STIPULATION FOR JUDGMENT                4