UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
SHEET METAL WORKERS, et al.,

    Plaintiffs,

    v.

MTB INC.,

    Defendant.
_____/

No. C 07-3204 PJH

**ORDER**

The parties' stipulated judgment having been entered by Judge James on March 6, 2008, the court hereby withdraws its order of reference seeking a report and recommendation, dated January 25, 2008.  The March 6 stipulated judgment stands.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge